IN THE DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ANDREW BABCOCK, <br> And REBECCA MCCRACKEN, <br> <br> Plaintiffs, <br> v. <br> <br> RUMBALAYA LLC D/B/A HIGH TIDE BAR <br> AND SEAFOOD GRILL, <br> JAMES RATTZ and KELLI THOMAS, <br> <br> Defendants. | D.V.I. Case No. 1:20-CV-___ <br> <br> (Removal from Superior Court <br> Case No. ST-20-CV-486) <br> <br> ACTION FOR DAMAGES <br> <br> JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

**COMES NOW** Defendants **RUMBALAYA LLC D/B/A HIGH TIDE BAR AND SEAFOOD GRILL,** ("High Tide"), **JAMES RATTZ** ("Mr. Rattz") and **KELLI THOMAS** ("Ms. Thomas") (collectively "Defendants"), by and through their undersigned counsel, **LAW OFFICES OF KARIN A. BENTZ, P.C.** (Karin A. Bentz, Esq.), pursuant to 28 U.S.C. § 1441(a), (b) and 1446(a) and 28 U.S.C. §1332(a)(1), and hereby file this Notice of Removal of this case from the Superior Court of the Virgin Islands, Division of St. Thomas and St. John. In support of this Notice of Removal Defendants state as follows:

### I.     THIS REMOVAL IS TIMELY

On or about October 15, 2020 Plaintiff commenced this action in the Superior Court of the Virgin Islands, Division of St. Thomas and St. John, in which said cause is now pending as case number ST-2020-CV-486. The Complaint is attached here as **Exhibit 1**.

Defendants High Tide, Mr. Rattz and Ms. Thomas were served on January 19, 2021. Pursuant to 28 U.S.C. §1446(a) and in accordance with LRCi 5.4 (a)(3), Defendants attach hereto as **Exhibit 2**, "all process, pleadings, and orders served upon such defendant."

In accordance with the requirements of 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed within 30 days of notice of the Superior Court civil action by "service or otherwise" on all Defendants.

## II.     BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

This case is removable to this Court under the federal statutes and acts of Congress of the United States, including 28 U.S.C. § 1441(a) which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

Plaintiff has filed claims that arise pursuant to federal law: violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000 (Counts I & II); violation of the Equal Pay Act 29 U.S.C. § 216 (Count VI).

This Court has supplemental jurisdiction over the Plaintiff's state law claims which derive from a common nucleus of operative facts with the federal law claims. *See* 28 U.S.C. § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution"); *see also United Mine Workers v. Gibbs*, 383 U.S. 715 (1966).

Thus, by virtue of 28 U.S.C. §§ 1441 and 1331, this Court has original jurisdiction as Plaintiff's complaint raises federal questions and Defendants hereby remove this action to the United States District Court for the District of St. Thomas and St. John.

**III.    VENUE**

Venue is proper in the District Court of the Virgin Islands, Division of St. Thomas and St. John, because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**IV.    CONSENT OF DEFENDANTS**

All Defendants who have received notice through "service or otherwise" consent to the removal of this action and are submitting this Notice by and through their undersigned counsel.

**V.    NOTICE TO PARTIES AND TO THE SUPERIOR COURT**

Written notice of the filing of this petition will be given to adverse parties as required by law. A true copy of this petition will be filed with the clerk of the Superior Court of the Virgin Islands pursuant to 28 U.S.C. §1466(d).

**VI.    PRESERVATION OF ALL DEFENSES**

By removing this matter, Defendants do not waive or intend to waive any defense, including but not limited to personal jurisdiction, insufficiency or process, insufficiency of service of process, untimely service of process, statute of limitations, or any other defenses cognizable under Federal Rule of Civil Procedure 4, 8, 9, 12, 38, 39, 56 or any other procedural rule, contractual provision or substantive law.

**VII.    CONCLUSION**

Since Plaintiff's complaint contains federal claims, this Court has federal question jurisdiction and this case is properly removable under 28 U.S.C. § 1441(a).

**WHEREFORE**, Defendants respectfully requests that this Court take jurisdiction of the action now pending against it in Superior Court of the Virgin Islands, and let it be removed therefrom to this Honorable Court.

Respectfully submitted,

**LAW OFFICES OF KARIN A. BENTZ, P.C.**

Dated: February 8, 2020          /s/Karin A. Bentz
**Karin A. Bentz, Esq. (V.I. Bar No. 413)**
7605 Lower Hull
St. Thomas, Virgin Islands 00802
Telephone: 340-774-2669
Email: kbentz@virginalaw.com

NOTICE OF REMOVAL  Page 5
*Andrew Babcock et al. v. High Tide et al.*

## CERTIFICATE OF SERVICE

    I hereby certify that I caused the filing and service of the foregoing with the Clerk of the District Court of the Virgin Islands using the CM/ECF system, which will provide electronic notice by email to the following:

Peter J. Lynch, Esq.
Flag Law VI
P.O. Box 303300
St. Thomas, VI 00803
pete@flaglawvi.com

                                        /s/Karin A. Bentz